RAYMOND CONCRETE PILE COMPANY, Respondent, *v.* FEDERATION
BANK AND TRUST COMPANY, Appellant.

Reargued January 19, 1943; decided March 4, 1943.

*Horace R. Lamb* for plaintiff-respondent on reargument.

*John W. Davis, Morris Buchter, Sidney Abrams* and *Harold
M. Hoffman* for defendant-appellant on reargument.

Upon reargument, the court adheres to its original decision,
*viz*: Judgment of Appellate Division reversed and that of the
Special Term affirmed, with costs in this court and in the Appellate Division. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS,
CONWAY and DESMOND, JJ.